In the Matter of KORMANN's HOFBRAU, INC., Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Respondents.

Argued October 17, 1949; decided November 17, 1949.

*William I. Cohen* for appellant.

*Alvin McKinley Sylvester* and *John Di Leonardo* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

ZUYDER ZEE LAND CORPORATION, Appellant, *v.* UNITED CIGAR-WHELAN STORES CORPORATION, Respondent.

Argued October 18, 1949; decided November 17, 1949.